RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Amanda Ray Anderson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>         v.<br><br>AMANDA RAY ANDERSON,<br><br>                 Defendant. | Case No. 2:21-cr-00063-APG-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel E. Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Amanda Ray Anderson, that the Revocation Hearing currently scheduled on March 17, 2021 at 1:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than six (6) months.

   This Stipulation is entered into for the following reasons:

   1.   Ms. Anderson is participating in the CARE program at the Residential Reentry Center. The parties seek to continue the revocation hearing to allow Ms. Anderson to focus on

and continue with her treatment.  Defense counsel also requires additional time to prepare, investigate, and discuss the case with her client.

      2.     Ms. Anderson is not in custody and agrees with the need for the continuance.

      3.     The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 11th day of March 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|    */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |    */s/ Daniel E. Clarkson*<br>By_____<br>DANIEL E. CLARKSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>AMANDA RAY ANDERSON,<br><br>        Defendant. | Case No. 2:21-cr-00063-APG-EJY<br><br>**ORDER** |

    Based on the pending Stipulation of counsel, and good cause appearing,

    IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, March 17, 2021 at 1:00 p.m., be vacated and continued to September 23, 2021 at the hour of 9:00 a.m. in courtroom 6C.

    DATED this 12th day of March 2021.

                                                                    UNITED STATES DISTRICT JUDGE