JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
JACOB OPERSKALSKI
Nevada Bar Number 14746
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
jacob.operskalski@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMANDA RAY ANDERSON,<br><br>Defendant. | Case No. 2:21-CR-00063-APG-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Amanda Ray Anderson, that the Revocation Hearing currently scheduled on January 4, 2023 at 3:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Undersigned government counsel is out of district on the date of the currently scheduled hearing.

2. The defendant intends to admit to the alleged violations.

3. The defendant is in custody and agrees with a continuance.

1

4. The parties agree to the continuance.

5. The revocation hearing has been continued three times previously (*see* ECF Docs. 50; 53; 55), but this is the first stipulation to continue this matter after the defendant's appearance on this matter on December 21, 2022.

DATED this 3rd day of January, 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE VALLADARES<br>Federal Public Defender |
| */s/ Jacob Operskalski*<br>JACOB OPERSKALSKI<br>Assistant United States Attorney | */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Counsel for Defendant Amanda Ray Anderson |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMANDA RAY ANDERSON,<br><br>Defendant. | Case No. 2:21-CR-00063-APG-EJY<br><br>ORDER |

**ORDER**

Based on the pending stipulation of the parties and for good cause shown, IT IS ORDERED that the Revocation Hearing currently scheduled for Wednesday, January 4, 2023 at 3:30 p.m. is vacated and continued to January 26, 2023 at 9:00 a.m. in Courtroom 6C.

DATED this 3rd day of January, 2023.

_____
**UNITED STATES DISTRICT JUDGE**